William E. Hanna, Respondent, v. Pitt & Scott, Limited, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Harbor and Suburban Building and Savings Association, Appellant, v. George T. Wood and Others, Respondents.— Motion denied, without costs. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Stephen M. Hoye, Respondent, v. Pennsylvania Railroad Company, Appellant, and Westcott Express Company, Defendant. — Motion denied, without costs. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

In the Matter of Acquiring Title by the City of New York to Certain Lands and Premises Situate on the North Side of St. Mark's Avenue, etc.— Referee's report confirmed and order signed. Present.— Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

In the Matter of Acquiring Title to Conover Street, between Wolcott and Sullivan Streets, in the Borough of Brooklyn, Duly Selected as a Site for School Purposes According to Law. — Matter referred to James P. Kohler, Esq., for report with his opinion. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Maria McHugh, Respondent, v. Inter-state Paving Company, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Richard T. Post, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Motion denied, without costs. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Barnett Schnitzer, Respondent, v. Joseph Price, Appellant.— Motion denied, without costs. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Russell Van Ness, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Motion for reargument denied, with costs. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Henry Becker, Respondent, v. Clara MacGregor, Appellant.— Order of the County Court of Westchester county affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Joshua T. Fanning and Mary F. Fanning, Respondents, v. Edgar Lehman, Appellant.— Judgment affirmed, with costs, on the authority of *Downs* v. *Lehman* (*ante*, p. 11), decided herewith. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

May Kiefer, Appellant, v. Ann Volckening, Respondent.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Hooker and Miller, JJ., concurred; Hirschberg, P. J., not voting.

Herman Staebler, Respondent, v. Josiah B. Tisdale, Appellant.— We think the verdict in this case was clearly against the weight of evidence. Judgment and order of the County Court of Queens county reversed and new trial ordered, costs to abide the event. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.